# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 25, 2005

**Before**

Hon. JOEL M. FLAUM, *Chief Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Nos.   03-3238, 03-3347, 03-3370, 03-3428,
03-3467, 03-3532 & 03-3617

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee,* <br><br> v. <br><br> WILLIAM C. GRAY, FREDERICK H. LENOVER, TONYA F. WOLFE, OSCAR MCGRAW, WALTER DUREGGER, JR., and TONY P. MCMILLIN, <br> *Defendants-Appellants.* | Appeals from the United States District Court for the Southern District of Indiana, Terre Haute Division. <br><br> No. TH 02-18-CR-M/L <br><br> Larry J. McKinney, <br> *Chief Judge.* |

**O R D E R**

The opinion of this court issued on May 23, 2005, is amended on page 1 to include appellate case number 03-3532.